**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |  |
|---|---|---|
| | : | |
| RUBEN S. SOTO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-4701 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

## ORDER

AND NOW, this 28th day of July, 2009, upon careful and independent consideration of

Plaintiff Ruben. S. Soto's Request for Review, it is hereby ORDERED that:

(1)   Plaintiff's Request for Review (Doc No. 11) is GRANTED;

(2)   The Commissioner's decision of August 24, 2007 is REVERSED;

(3)   This case shall be remanded to the Commissioner for calculation of benefits from

   March 23, 2004 to the present; and

(4)   The clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-4701 Soto v. Astrue\request for review order.wpd